IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON LAWRENCE BROWN, ) | No. C 10-5560 JSW (PR) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| DEPARTMENT OF THE ARMY, ) | |
| Defendants. ) | |

     Plaintiff, a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. On December 7, 2010, the same day the complaint was filed, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. No response has been received. As Plaintiff has neither paid the filing fee nor filed an IFP application within the allotted time, nor has he explained his failure to do so, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b).

     The Clerk shall enter judgment and close the file.

     IT IS SO ORDERED.

DATED: February 8, 2011

*Jeffrey S. White*
_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

HILTON L BROWN,

        Plaintiff,

  v.

DEPARTMENT OF THE ARMY et al,

        Defendant.

Case Number: CV10-05560 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Hilton Brown
B51265
P.O. Box 5001
Calipatria, CA 92233

Dated: February 8, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk